UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN DANIEL AUTREY,<br><br>Plaintiff,<br><br>v.<br><br>DR. ESCANDON and DR C. KENNEDY,<br><br>Defendants. | No. 2:15-cv-00302-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO VOLUNTARILY DISMISS AND TO WAIVE COLLECTION OF FILING FEE** |

Before the Court is Magistrate Judge John T. Rodger's Report and Recommendation to Voluntarily Dismiss and to Waive Collection of Filing Fee, ECF No. 16. The Plaintiff has filed a Motion to Voluntarily Dismiss Complaint, pursuant to Fed. R. Civ. P. 41(a). ECF No. 15. Judge Rodgers entered his Report and Recommendation on March 14, 2016, and the time period to object has passed. The Court hereby **adopts** Judge Rodger's Report and Recommendation in its entirety.

//
//
//
//
//
//

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** Magistrate Judge Rodger's Report and Recommendation to Dismiss Complaint Without Prejudice, ECF No. 16, in its entirety.

2. Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 15, is **GRANTED.** The complaint is dismissed without prejudice.

3. Plaintiff's Motion to Waive Collection of Filing FEE, ECF No. 14, is **GRANTED**. The Washington Correction Center shall cease collecting the filing fee in this action, numbered 2:15-cv-00302.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order and forward a copy to Petitioner and counsel. The District Court Executive shall **close** this case.

**DATED** this 28th day of March, 2016.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION . . . ^ 2**